IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GLENN BROCK,**

    **PLAINTIFF,**

v.                                                                                     No. 22-cv-0502 JHR/SMV

**PROGRESSIVE DIRECT INSURANCE COMPANY,**

    **DEFENDANT.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    August 23, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **August 23, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**