IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLENN BROCK,

    Plaintiff,

v.                                                                                    1:22-cv-00502-JHR-DLM

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Joint Motion to Dismiss with Prejudice filed by Plaintiff, Glenn Brock ("Plaintiff") and Defendant, Progressive Direct Insurance Company ("Progressive" or "Defendant") for a dismissal of all causes of action stated in the Complaint, any amendments to the Complaint, and causes of action alleged or which could have been alleged by Plaintiff against Defendant on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit and

    2.    Said Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint, any amendments to the Complaint, and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff against Defendant be and hereby is dismissed, with prejudice, with each party to bear her/their own attorney's fees and costs.

    **IT IS SO ORDERED.**

                                                  THE HONORABLE JERRY H. RITTER
                                                  US MAGISTRATE JUDGE

**APPROVED BY:**

/s/ *Meena H. Allen*
Meena H. Allen
Jacqueline D. Mosher
Allen Law Firm, LLC
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400

*Attorneys for Progressive Direct Insurance Company*


*/s/ approved on May 23, 2023*
Kevin A. Zangara
Taylor C. Zangara
KEVIN A. ZANGARA, P.A.
P.O. Box 1359
Taos, NM 87571
(575) 758-2919

*Attorneys for Plaintiff*